FILED

MAY 0 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:11-CR-430-PMP-(GWF) |
| ANN HILTON, aka ANN ONION, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

This Court found on November 14, 2012, that ANN HILTON aka ANN ONION shall pay a criminal forfeiture money judgment of $480,400.97 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Superseding Criminal Indictment, ECF No. 5; Change of Plea Minutes, ECF No. 31; Plea Agreement, ECF No. 32; Order of Forfeiture, ECF No. 34.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ANN HILTON aka ANN ONION a criminal forfeiture money judgment in the amount of $480,400.97 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);

. . .

. . .

. . .

. . .

Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this ___6h___ day of _____May_____, 2013.

_____
UNITED STATES DISTRICT JUDGE