# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANN HILTON,

    Defendant.

Case No. 2:11-cr-00430-PMP-GWF

**ORDER**

This matter is before the Court on the Substitution of Attorney (#72) filed August 27, 2013. Local Rule IA 10-6 requires that any stipulation to substitute attorneys shall be by leave of Court and shall bear the signatures of the attorneys and of the client represented. The proposed Substitution of Attorney does not provide a signature of authorization by Ann Hilton. Accordingly,

**IT IS ORDERED** the Substitution of Attorney (#72) is **denied**, without prejudice.

DATED this 28th day of August, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge